

DATE 2-29-2024
CASE# 2001756982
COURT CASE# 16-23000-8550-FM

**Right to appeal**

My name is Larry Andrew Kirtsey Jr. Date of birth ▌▌▌▌ 1989 address 1611 East 18th street Jacksonville FL 32206. Im writing this letter of appeal and challenge the final judgment order against me in a child support case for failure to receive any written notices for this case. When the petitioner (Tiffany Reid) filed for the child support program she used the same address for the petitioner and the respondent (larry Kirtsey) which was 717 East 56th street Jacksonville 32208. At no time have I ever lived at this address. My life long address has always been 1611 East 18th street and that has never been changed. So my legal due process wasn't allowed to me, on documents that were intended for me my signature and income information had been forged and the petitioner received all those documents at her residence. On the back page of the time share documents you can clearly identify that the way my signature is on my drivers license is different from the signature provided on this form even the printed font isn't the way I write.. Also on Jan 3,2024 her father placed an injunction order against me where i couldn't be within 500 feet of him. His residence is 6605 Buffalo ave Jacksonville Fl 32208 which sits directly in front of the address where the petitioner associated with me the respondent as my listed and known address for this child support order. When it came to the summons it was also served to 717 East 56th street where her son Kalvin Gilbert Jr signed for it. The officer who served the summons made a clerical issue on the address where the summons was performed. My mom is retired and I became disabled 5 years ago. I was involved in a bad accident where I shattered my brachial plexus and all of the nerves in my right shoulder leaving me with no moment on my right side. So if any documents had been sent to my known address the person to sign for it would be Geraldine Kertsey (my mom) or (me) Larry Kirtsey the only two people associated with this address not her son. So by the time I received any notices to 1611 East 18th street it was Feb 20, 2024 by this time a final judgment order had already been awarded to the petitioner. Immediately after receiving this notice I went to child support and family court in Duval county to challenge this ruling thus the reason for this appeal letter. I will provide a copy of my driver license where it displays my signature and current address, a submitted copy of a forged parenting time share that was submitted to child support, and a copy of the injunction against me.

Larry A. Kirtsey
Contact info
Email- yodjbamboo@gmail.com

phone -904-333-5458
Address 1611 East 18th street Jacksonville Fl 32206

Larry Kinsey   *[signature: Larry Kinsey]*